**Affirmed and Memorandum Opinion filed September 28, 2023.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-22-00662-CR

———————

### MACE TRAVIS BONNER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 506th District Court**
**Grimes County, Texas**
**Trial Court Cause No. 18877**

## MEMORANDUM OPINION

Appellant Mace Travis Bonner appeals his conviction for sexual assault of a child. *See* Tex. Pen. Code Ann. § 22.011(a)(2). Appellant's appointed counsel filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). At appellant's request, the record was provided to him. As of this date, more than 30 days have passed since the record was provided and no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

The judgment of the trial court is affirmed.

PER CURIAM

Panel consists of Justices Jewell, Hassan, and Wilson.

Do Not Publish — Tex. R. App. P. 47.2(b).